IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLOTTE HAWKINS**                                                                           **PLAINTIFF**

**V.**                                                                       **NO. 4:21-CV-72-DMB-JMV**

**HOLLANDALE SCHOOL
DISTRICT, DR. MARIO WILLIS,
SUPERINTENDENT**                                                              **DEFENDANT**

## ORDER

On October 22, 2021, Hollandale School District, Dr. Mario Willis, Superintendent, moved to dismiss Charlotte Hawkins' Title VII employment discrimination complaint based on her failure to exhaust her administrative remedies. Doc. #23. After she was granted leave to amend,[1] Hawkins filed an amended complaint on April 29, 2022. Doc. #48.

Because, generally, "an amended complaint supersedes the original complaint," "the filing of an amended complaint will ordinarily moot a pending motion to dismiss unless the amended complaint on its face fails to address the alleged defects identified in the motion to dismiss." *Sutton v. Allstate Ins. Co.*, No. 4:19-cv-74, 2020 WL 896748, at *1 (N.D. Miss. Feb. 24, 2020) (cleaned up) (collecting cases). Here, because the amended complaint contains only claims the Court determined were exhausted,[2] it addresses the defects in the original complaint identified in the motion to dismiss. Accordingly, the motion to dismiss the original complaint [23] is **DENIED as moot**.

**SO ORDERED**, this 3rd day of May, 2022.

                                                                            /s/Debra M. Brown
                                                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #44.

[2] *Id.* at 2; *see* Doc. #34 at 5 (finding Hawkins' retaliation claim exhausted).