**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHARLOTTE HAWKINS**                                                                                       **PLAINTIFF**

**V.**                                                                    **NO. 4:21-CV-72-DMB-JMV**

**HOLLANDALE SCHOOL
DISTRICT, DR. MARIO WILLIS,
SUPERINTENDENT**                                                                **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, summary judgment is granted in favor of the Hollandale School District on all of Charlotte Hawkins' claims.

**SO ORDERED**, this 20th day of October, 2022.

                                                                          **/s/Debra M. Brown**
                                                                          **UNITED STATES DISTRICT JUDGE**